IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| JOSE MALDONADO,<br>    Plaintiff<br><br>v.<br><br>JOSHUA A. FILUTZE,<br>    Defendant | Docket No. 1:23-cv-00068<br><br>*Electronically Filed*<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF

NOW COMES the Plaintiff, Jose Maldonado, by counsel and respectfully moves this Honorable Court for leave to file a Sur-Reply Brief, respectfully representing:

1. Defendant has filed a Motion pursuant to F.R.C.P. 12(B)(6), seeking dismissal of this action based on evidence outside the Complaint, a video recording of Plaintiff's vindictive ex-wife making a series of false and incredible statements to Defendant in the hope that Plaintiff would be arrested and thus punished for his perceived failings as a husband. She succeeded. Plaintiff was arrested with a warrant based on these false statements and jailed for 161 days before the charges were dismissed by the Court for lack of probable cause.

2. Plaintiff has filed a Brief in Opposition.

3. Defendant has filed a Reply to Plaintiff's Opposition Brief, claiming that Plaintiff has offered no authority to support the proposition that a warrant issued based on evidence that is not credible or highly doubtful constitutes probable cause.

4. Plaintiff wishes to respond to this and is attaching a copy of the proposed

Brief.

     WHEREFORE, Plaintiff respectfully moves for leave to file the attached Sur-Reply Brief.

                                            Respectfully submitted,

                                            MCNAIR LAW OFFICES, PLLC

                                        By:   s/ Timothy D. McNair
                                                   Timothy D. McNair, Esquire
                                                   Pa. ID#34304
                                                   821 State Street
                                                   Erie, PA 16501
                                                   (814) 452-0700
                                                   (814) 454-2371 (fax)
                                                   tmcnair@mcnairlaw.com