IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| JOSE MALDONADO, | : | Docket No. 1:23-cv-00068 |
| Plaintiff | : | |
| | : | *Electronically Filed* |
| v. | : | |
| | : | |
| | : | |
| JOSHUA A. FILUTZE, | : | |
| Defendant | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, to-wit this _____ day of _____, 2023, upon

consideration of Plaintiff's Motion for Leave to File a Sur-Reply Brief, it is ORDERED

that said Motion shall be, and is hereby GRANTED.

The Clerk is directed to file the Brief attached to Plaintiff's Motion as Exhibit "A"

on the docket of this case.

BY THE COURT:

_____
Susan Paradise Baxter, U.S.D.J.