**EXHIBIT E BEING FILED ELECTRONICALLY ONLY**