

**MARSHALL DENNEHEY**

717 State Street, Suite 701, Erie, PA 16501
(814) 480-7800  Fax (814) 455-3603

Direct Dial: (814) 480-7803
Email: pmcarey@mdwcg.com

**FILED**
SEP 15 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

September 15, 2023

Clerk of Courts
Erie Federal Courthouse
17 South Park Row
Erie, PA  16501

    **RE:**    **Maldonado, Jose v. Filutze, Joshua A.**
            **Docket No.:**    **1:23-cv-68**
            **Our File No.:**    **20021.00366**

Dear Clerk:

    Enclosed please find a disc containing Exhibit E from the Defendant's Supplement to Motion to Dismiss which was filed with the court this date.

                Very truly yours,

                */s/ Patrick M. Carey*

                Patrick M. Carey

PMC:avp

Enclosure

LEGAL/156187709.v1