IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| JOSE MALDONADO,<br>Plaintiff<br><br>v.<br><br>JOSHUA A. FILUTZE,<br>Defendant | Docket No. 1:23-cv-00068<br><br>*Electronically Filed*<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, to-wit this _____ day of October, 2023, upon consideration oResponsef Plaintiff's Motion for Enlargement of Time Within Which to File His Supplemental  in Opposition to Defendant's Motion for Summary Judgment, it is ORDERED that said Motion shall be, and is hereby GRANTED.

Plaintiff may file his Supplemental Response in Opposition to Defendant's Motion for Summary Judgment on or before October 23, 2023.

BY THE COURT:

_____
Richard A. Lanzillo, U.S.M.J.