IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| JOSE MALDONADO,<br>    Plaintiff<br><br>v.<br><br>JOSHUA A. FILUTZE,<br>    Defendant | Docket No. 1:23-cv-00068<br><br>*Electronically Filed*<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S EXHIBITS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1. Case Detail Report.

 

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By:   s/ Timothy D. McNair
      Timothy D. McNair, Esquire
      Pa. ID#34304
      821 State Street
      Erie, PA 16501
      (814) 452-0700
      (814) 454-2371 (fax)
      tmcnair@mcnairlaw.com