# Case Report
## Detail

| | | |
|---|---|---|
| **Print Date/Time:** | 01/02/2023 15:06 | CITY OF ERIE POLICE DEPARTMENT |
| **Login ID:** | 25cjanus355 | **ORI Number:**   PA0250200 |
| **Case Number:** | 2022-00008605 | |

### Case Details:

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 2022-00008605 | | **Incident Type:** | Burglary |
| **Location:** | 535 E 7TH ST | | **Occurred From:** | 03/06/2022 06:00 |
| | ERIE CITY,PA 16503 | | **Occurred Thru:** | 03/06/2022 10:00 |
| | | | **Reported Date:** | 03/06/2022 20:24 Sunday |
| **Reporting Officer ID:** | 11497-Filutze | **Status:** | Cleared | **Status Date:** 03/06/2022 |
| | | **Disposition:** | Arrest | **Disposition Date:** 03/23/2022 |
| **Assigned Bureau:** | Burglary | | | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| Associated Cases | Status | Assisting ORI | Role | |
| Modus Operandi | | Solvability Factors | Weight | |
| | | | Total: | |
| Action Taken | | Reason If No Arrest | | |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 220 | 3502.A,1,ii | Burglary | 1 |
| 2 | State | 90J | 3503.A,1,i | Criminal trespass | 1 |
| 3 | State | 240 | 3921.A | Theft by unlawful taking or disposition movable- other vehicles | 1 |

```
EXHIBIT

1
```

# Case Report
## Detail

| | | |
|---|---|---|
| **Print Date/Time:** | 01/02/2023 15:06 | CITY OF ERIE POLICE DEPARTMENT |
| **Login ID:** | 25cjanus355 | **ORI Number:** PA0250200 |
| **Case Number:** | 2022-00008605 | |

**Offense #**     1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Group/ORI:** | State | **Crime Code:** | 220 | **Statute:** 3502.A,1,ii | **Counts:** 1 | **Attempt/ Commit Code:** | Commit |
| **Description:** | Burglary | | | | | **Offense Date:** | 03/06/2022 |
| NCIC Code: | | **Scene Code:** | | Residence/Home | | **Bias/Motivation:** | No Bias |
| Offense Status: | | Status Date: | | | | **Occupancy Code:** | Occupied |
| Clery Location: | | Aiding/Abetting: | | | | Sub-Code: | |
| Arson Code: | | Abandoned Structure: | | | | Organized Group: | |
| Gang Related: | | # of Adults: | | | | **IBR Seq. No:** | 1 |
| Property Damage Amt.: | | # of Juveniles: | | | | Household Status: | |
| Assessing Situation: | | Carjacking: | | | | Lane: | |
| Gambling Motivated: | | Anti-reproductive rights crime: | | | | Cargo Theft: | No |
| Carjacking - Bump/Rob: | | Carjacking - Witness: | | | | Carjacking - Shooting: | |
| Premise Code: | | Bias Based On: | | | | Bias Target: | |
| Special Circumstances: | | Hate Rise Indicator: | | | | School Incident: | |
| | | | | | | Precipitating Event: | |

**Offender Suspected of Using**     Victim Suspected of Using     Domestic

| | | | | | |
|---|---|---|---|---|---|
| **Alcohol:** | Unknown | Alcohol: | | CHIL: Protective Services: | |
| **Drugs:** | Unknown | Drugs: | | Child Abuse: | |
| **Computer:** | Unknown | Computer: | | Domestic Code: | |
| Associated Deaths | | | | Domestic Circumstance: | |
| Adult Male: | Adult Female: | Juvenile Male: | Juvenile Female: | Order of Protection: | |
| Time Spent | | | | Prior Sex - Offender: | |
| Years: | Months: | Days: | Hours: | Minutes: | Seconds: |
| Aggravated Assault/ | | | | Approved Assault/ | |
| Homicide Circumstances #1: | | | | Homicide Circumstances #2: | |
| Aggravated Assault | | | | Aggravated Assault | |
| Homicide Remarks #1: | | | | Homicide Remarks #2: | |
| Justifiable Homicide Circumstances: | | | | Justifiable Homicide Code: | |
| Method of Entry Type: | | | | Larceny Type: | From Buildings |
| **Method of Entry :** | No Force | | | Method of Exit Type: | |
| **Point of Entry:** | Door/Front | | | **Method of Exit :** | No Force |
| Direction of Travel: | | | | **Point of Exit:** | Door/Front |
| How Offender Left Scene: | | | | # of Premises Entered : | |

Counterfeit
Type:
Status:
Amount:

# Case Report
## Detail

| | | |
|---|---|---|
| **Print Date/Time:** | 01/02/2023 15:06 | |
| **Login ID:** | 25cjanus355 | CITY OF ERIE POLICE DEPARTMENT |
| **Case Number:** | 2022-00008605 | **ORI Number:**   PA0250200 |

### Offense #    2

| | | | | | |
|---|---|---|---|---|---|
| **Group/ORI:** State | | **Crime Code:** 90J | **Statute:** 3503.A,1,i | **Counts:** 1 | **Attempt/ Commit Code:**   Commit |
| **Description:** | Criminal trespass | | | | **Offense Date:** 03/06/2022 |

| | | |
|---|---|---|
| | **Scene Code:** | Residence/Home |
| | **Bias/Motivation:** | No Bias |

**IBR Seq. No:**    2

**Cargo Theft:**    No

### Offender Suspected of Using

| | |
|---|---|
| **Alcohol:** | Unknown |
| **Drugs:** | Unknown |
| **Computer:** | Unknown |

# Case Report

## Detail

| | | |
|---|---|---|
| Print Date/Time: | 01/02/2023 15:06 | CITY OF ERIE POLICE DEPARTMENT |
| Login ID: | 25cjanus355 | ORI Number:   PA0250200 |
| Case Number: | 2022-00008605 | |

**Offense #**   **3**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Group/ORI: | State | Crime Code: | 240 | Statute: | 3921.A | Counts: | 1 | Attempt/ Commit Code:   Commit |
| Description: | | Theft by unlawful taking or disposition movable- other vehicles | | | | | | Offense Date:   03/06/2022 |
| NCIC Code: | | Scene Code: | | Residence/Home | | | | Bias/Motivation:   No Bias |
| Offense Status: | | Status Date: | | | | | | Occupancy Code: |
| Clery Location | | Alibi/Bonding: | | | | | | Sub-Code: |
| Action Code: | | Abandoned Structure: | | | | | | Criminal Group: |
| Gang Related: | | Curfew Law: | | | | | | IBR Seq. No:   3 |
| Property Damage Amt.: | | Put Juv (else): | | | | | | Household Status: |
| Aerosting Situation: | | Days drug: | | | | | | Loss: |
| Gambling Motivated: | | Anti-reproductive rights crime: | | | | | | Cargo Theft:   No |
| Carjacking - Bump,Rob: | | Carjacking - Witness: | | | | | | Carjacking - Shooting: |
| Premise Code: | | Bias Based On: | | | | | | Bias Target: |
| Special Circumstances: | | Hate Bias Indicator: | | | | | | School Incident: |
| | | | | | | | | Precipitating Event: |

**Offender Suspected of Using**    Victim Suspected of Using    Domestic

| | | | | |
|---|---|---|---|---|
| Alcohol: | Unknown | Alcohol: | | Child Protective Services: |
| Drugs: | Unknown | Drugs: | | Child Abuse: |
| Computer: | Unknown | Computer: | | Domestic Code: |

Associated Deaths

Adult Male:    Adult Female:    Juvenile Male:    Juvenile Female:

Time Spent:

Years:    Months:    Days:    Hours:    Minutes:    Seconds:

| |
|---|
| Aggravated Assault/ |
| Homicide Circumstances #1: |
| Aggravated Assault/ |
| Homicide Remarks #1: |
| Justifiable Homicide Circumstances: |
| Method of Entry Type: |
| Method of Entry : |
| Point of Entry: |
| Direction of Travel: |
| How Handled / At Scene: |

Domestic Circumstance:
Order of Protection:
Prot by - Offender:
Prior by - Victim:

Aggravated Assault/
Homicide Circumstances #2:
Aggravated Assault/
Homicide Remarks #2:
Justifiable Homicide Code :
Larceny Type:
Method of Exit Type:
Method or Exit :
Point of Exit:
# of Premises Entered :

Counterfeit
Type:
Status:
Amount:

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Offender | 1 | MALDONADO, JOSE RAMO, III | 535 E 7TH ST | (814)881-3970 | White | Male | 04/25/1984 |
| | | | ERIE CITY,PA 16503 | | | | 37 |
| Victim | 1 | LAMBERTY, WANDA | 537 E 7TH ST | (814)434-1314 | White | Female | 42 |
| | | | ERIE CITY,PA 16503 | | | | |

# Case Report
## Detail

| | | |
|---|---|---|
| **Print Date/Time:** | 01/02/2023 15:06 | CITY OF ERIE POLICE DEPARTMENT |
| **Login ID:** | 25cjanus355 | **ORI Number:**    PA0250200 |
| **Case Number:** | 2022-00008605 | |

### Subject #    1-Offender

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | **Offender Type:** | | Arrestee | | | |
| **Name:** | MALDONADO, JOSE RAMO, III | **Race:** | White | **Sex:** | Male | **DOB:** | 04/25/1984 |
| **Address:** | 535 E 7TH ST | **Height:** | 5ft 8 in | **Weight:** | 180.0 lbs. | **Build:** | Meduim |
| | ERIE CITY PA 16503 | **Eyes:** | Brown | **Hair:** | Black | **Age:** | 37 |
| **Primary Phone:** | (814)881-3970 | **SSN:** | 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 | **DVL #:** | 26842081 | **State:** | PA |
| Resident Type: | | **Resident Status:** | Resident | | | Statement Type: | |
| **Disposition:** | Arrested | **Date:** | 03/23/2022 | | | Custody Status: | |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 240 | 3921.A | Theft by unlawful taking or disposition movable-other vehicles |
| State | 90J | 3503.A,1,i | Criminal trespass |
| State | 220 | 3502.A,1,ii | Burglary |

Related Weapons

Victim/Offender Relationship

| No. | Type | Name | Relationship |
|---|---|---|---|
| 1 | Offender | MALDONADO,JOSE RAMO III | Acquaintance |

Victim Information

Domestic
Arrested For:                         Cohabitation Status:
Restraining Order                     Restraining Order                                   Restraining
Present:                              Violated:                                           Order Issued:

Injury Information
Transported By:                                                                           Hospital:
Domestic Violence:                    Extent of Injury:                                   Federal Agencies Involved:
Condition:                            Medical Treatment:                                  Death in Custody:

Missing Person Information

# Case Report
# Detail

| | | |
|---|---|---|
| Print Date/Time: | 01/02/2023 15:06 | CITY OF ERIE POLICE DEPARTMENT |
| Login ID: | 25cjanus355 | ORI Number:   PA0250200 |
| Case Number: | 2022-00008605 | |

**Subject #     1-Victim**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Primary: | No | | Victim Type: | Individual | | | |
| Name: | LAMBERTY, WANDA | | Race: | White | Sex: | Female | DOB: | |
| Address: | 537 E 7TH ST | | Height: | 5ft 0 in | Weight: | 105.0 lbs. | Build: | Thin |
| | ERIE CITY PA 16503 | | Eyes: | Brown | Hair: | Black | Age: | 42 |
| Primary Phone: | (814)434-1314 | | SSN: | | DVL #: | 27371330 | State: | PA |
| Resident Type: | | | Resident Status: | Resident | | | |
| Disposition: | | | Date: | | | | |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 240 | 3921.A | Theft by unlawful taking or disposition movable-other vehicles |
| State | 90J | 3503.A,1,i | Criminal trespass |
| State | 220 | 3502.A,1,ii | Burglary |

Related Weapons

**Victim/Offender Relationship**

Victim Information

| | | |
|---|---|---|
| School Code: | Campus: | Transportation: |
| Action Taken: | Complainant: | Prior Complaints: |
| Protective Order: | Protective Order Filed: | Protective Order Violation: |
| Vic. By Association: | Vic. Assoc. Level: | Vic. Assoc. Relation. |
| Response Time: | Total Time: | Prior Calls: |
| Domestic: | | |
| Offense: | Criminal Neglect: | Victim Pregnant: |
| Victim Disability: | Children Present or Involved: | Injury Type: |
| Weapon Type: | Weapon Handler: | Weapon Seized: |

Injury Information

| | | |
|---|---|---|
| Transported By: | Extent of Injury: | Hospital: |
| Domestic Violence: | Medical Treatment: | Federal Agencies Involved: |
| Condition: | | Death In Custody: |

Missing Person Information

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 7268A | MALDONADO, JOSE RAMO, III | 605 PARADE ST ERIE CITY,PA 16503 | 03/23/2022 13:44 | On View | 37 |

**Arrest #     7268 A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | MALDONADO, JOSE RAMO, III | Date/Time: | 03/23/2022 13:44 | Type: | On View | Status: | |
| Address: | 535 E 7TH ST ERIE CITY, PA 16503 | Race: | White | Sex: | Male | DOB: | 04/25/1984 |
| | | Height: | 5ft 8 in | Weight: | 180.0 lbs. | Build: | Medium |
| | | Eyes: | Brown | Hair: | Black | Armed: | |
| Phone: | (814)881-3970 | SSN: | 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 | DVL#: | 26842081 | State: | PA |

# Case Report

## Detail

**Print Date/Time:** 01/02/2023 15:06
**Login ID:** 25cjanus355
**Case Number:** 2022-00008605

CITY OF ERIE POLICE DEPARTMENT
**ORI Number:** PA0250200

### Scars,Marks,Tattoos

| | Type | Location | Description |
|---|---|---|---|
| Scar | Other | Scar Leg, Left Nonspecific | |
| Tattoo | Other | Tattoo Neck | |
| Tattoo | Cartoon Character | Tattoo Forearm, Right | CLOWN |
| Tattoo | Other | Tattoo Arm, Left | |

**Location:** 605 PARADE ST
ERIE CITY,PA 16503

ID Procedure:      Miranda ID:      Miranda Date/Time:
**Age at Arrest:** 37    Resident Type:    Resident Status:
Basis For Caution:    Arrest Result Of:    Clnone Case:
**Alcohol Influence:** No    **Drug Influence:** Unknown    **Resisted Arrest:** No
Statement Type:    Statement  ID:

| Arresting Officers | Bureau | School Resource Officer | Weapon Codes | Feature |
|---|---|---|---|---|
| 10960-Attalla | | No | Unarmed | |

Condition:    Recived Treatment:
Transported By:    Point of Injury:    Hospital:

Associated Numbers

Warrant ORI:    Warrant Number:
Booking ORI:    Booking Number:
Court ORI:    Court Case Number:

### Arrest Charges

| No. | Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|---|
| 1 | State | 23D | 3921.A | Theft by Unlawful Taking or Disposition - Theft From A Building |

**Counts:** 1    Charge Date/Time:    **Attempt/Commit:** Commit
Domestic:    Plea:    Larceny:
Disposition:    Disposition Date:    NCIC Code:
Court Date/Time:    Bond Date/Time:    **Other ORI:** No
Court Disposition:    Court Disposition Date:

### Arrest Charges

| No. | Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|---|
| 2 | State | 90J | 3503.A,1,i | Criminal Trespass |

**Counts:** 1    Charge Date/Time:    **Attempt/Commit:** Commit
Domestic:    Plea:    Larceny:
Disposition:    Disposition Date:    NCIC Code:
Court Date/Time:    Bond Date/Time:    **Other ORI:** No
Court Disposition:    Court Disposition Date:

### Arrest Charges

| No. | Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|---|
| 3 | State | 220 | 3502.A,1,ii | Burglary |

**Counts:** 1    Charge Date/Time:    **Attempt/Commit:** Commit
Domestic:    Plea:    Larceny:
Disposition:    Disposition Date:    NCIC Code:
Court Date/Time:    Bond Date/Time:    **Other ORI:** No
Court Disposition:    Court Disposition Date:

# Case Report
## Detail

| | |
|---|---|
| **Print Date/Time:** 01/02/2023 15:06 | CITY OF ERIE POLICE DEPARTMENT |
| **Login ID:** 25cjanus355 | **ORI Number:** PA0250200 |
| **Case Number:** 2022-00008605 | |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|------|------|------|------|-------|-------------|---------|----------|
| 03/06/2022 | Stolen | Merchandise | | | Shoe cleaner, full box of Fiocchi 90 grain .380 bullets and RX marijuana. | | |

**Seq #** 1

Tag Number:     Item Number:

| | | | | | |
|---|---|---|---|---|---|
| **Property Codes:** | **Property Type:** | Merchandise | **Property Class:** | Miscellaneous | **Date Received:** 03/06/2022 |
| Stolen | **UCR Value:** | $0 to $50 | **Initial Value:** | $15.00 | Stolen Location: |

Quantity:     Unit of Measure:     Measurement Source:

**Description:** Shoe cleaner, full box of Fiocchi 90 grain .380 bullets and RX marijuana.     Officer Remarks:

| | | | |
|---|---|---|---|
| Make: | Model: | Style: | Style Desc: |
| Year: | OAN: | Serial #: | Color: |
| Condition: | Reg. Type: | Reg. OR#: | Reg. Number: |
| Reg. State: | Reg. Year: | Reg. Date: | Reg. Expiration: |

### Recovery Information

| | | | |
|---|---|---|---|
| Location: | Date: | Code: | Value: |
| RPC Fr: | ORI: | Recovered Address: | |

### Associated Subjects

| Type | Name | Address | Phone | Notified How | Date |
|------|------|---------|-------|--------------|------|
| Owner | LAMBERTY, WANDA | 537 E 7TH ST<br>ERIE CITY, PA 16503 | (814)434-1314 | | |

Insurance Company:     Policy Number:     Lein Holder:

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|-----|------|--------------|------|------|-------|-------|---------------|-------|

Case Number: 2022-00008605. ORI: PA0250200.

**EPD Case Supp, Officer: 25jafilutze1507, Supervisor: 25dmorris321, Merged By: 25tanderson589**

## ERIE POLICE DEPARTMENT

### FIELD CASE SUPPLEMENT REPORT

CASE# **2022-00008605**

**EVENT**

SUPPLEMENTAL DATE/TIME
**04/15/2022 00:27**

SUPPLEMENTAL LOCATION

**OFFENSES**

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 1507 Filutze A | 04/15/2022 | Morris, Daniel | 04/15/2022 |

1  OF 2

**ERIE POLICE DEPARTMENT**

FIELD CASE SUPPLEMENT REPORT          CASE# **2022-00008605**

---

SUPPLEMENTAL NARRATIVE

---

Ptlm. Filutze 1507
Burglary
535 West 7th St. Erie PA/ Court
04/15/2022

There was a court hearing for Jose Maldonado for a Burglary regarding incident
2022-00008605. The victim testified and the hearing was adjourned.

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 1507 Filutze A | 04/15/2022 | Morris, Daniel | 04/15/2022 |

2  OF 2

EPD Case, Officer: 25jafilutze1507, Supervisor: 25sszocki296, Merged By:  25sbliley10751

## ERIE POLICE DEPARTMENT
### FIELD CASE REPORT

CASE# **2022-00008605**

| EVENT | | | |
|---|---|---|---|
| REPORTED DATE/TIME 03/06/2022 18:14 | OCCURRED INCIDENT TYPE Burglary | | LOCATION OF OCCURRENCE |
| OCCURRED FROM DATE/TIME 03/06/2022 06:00 | OCCURRED THRU DATE/TIME 03/06/2022  10:00 | | 535 E 7TH ST ERIE CITY, PA  16503 |

| OFFENSES | | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 01 | 3502.A,1,ii Burglary | 1 | Commit |
| | 02 | 3503.A,1,i Criminal trespass | 1 | Commit |
| | 03 | 3921.A Theft by unlawful taking or disposition movable- other vehicles | 1 | Commit |
| | | | | |
| | | | | |

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE Adult    Suspect | | NAME (LAST, FIRST, MIDDLE SUFFIX) MALDONADO, JOSE, RAMON | |
| DOB 04/25/1984 | AGE or AGE RANGE 37 | ADDRESS (STREET, CITY, STATE, ZIP) 535 E 7TH ST ERIE CITY, PA  16503 | |
| RACE White | SEX Male | HEIGHT or RANGE 5'8" - | WEIGHT or RANGE | HAIR Brown | EYE Brown |
| DL NUMBER/STATE 26842081 / PA | | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE Adult    Victim | | NAME (LAST, FIRST, MIDDLE SUFFIX) LAMBERTY, WANDA, | |
| DOB ~~████████~~ | AGE or AGE RANGE 42 | ADDRESS (STREET, CITY, STATE, ZIP) 535 E 7TH ST ERIE CITY, PA  16503 | |
| RACE White | SEX Female | HEIGHT or RANGE 5'2" - | WEIGHT or RANGE | HAIR Brown | EYE Brown |
| DL NUMBER/STATE 27371330 / PA | | PRIMARY PHONE Cellular Phone (814)434-1314 | PHONE #2 | PHONE #3 |

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| REPORTING OFFICER 1507 Filutze A | DATE 03/06/2022 | REVIEWED BY Szocki, Susan | DATE 03/06/2022 |
|---|---|---|---|

1  OF 3

## ERIE POLICE DEPARTMENT
### FIELD CASE REPORT

CASE# **2022-00008605**

---

### NARRATIVE

---

**25EPD2B1 Ptlm. Filutze 1507 and Cpl. Uplinger 455**
**Burglary**
**535 East 7th Street Erie PA 16503**
**03/06/2022 @ 1814 hrs.**

On the above date, time, and location we were dispatched to the residence for a prior burglary that happened earlier in the day around 0600hrs and 1000hrs and that the victim has video of the prior burglary.

Upon arrival we met with the victim at the residence Wanda Lamberty (06/04/1979 814-434-1314). She stated that her Ex-Boyfriend Jose Ramon Maldonado III (04/25/1984) who they have 4 kids together has no reason to be in the residence or has any property in the residence and is not on the lease. She stated that the night prior on 03/05/2022 Ms. Lamberty and her family went out for the evening to drink and when they came back to the residence at 0230 hrs. on 03/06/2022 Mr. Maldonado was there. Ms. Lamberty stated that Mr. Maldonado is on probation and has an order to not come in contact with her through probation. She stated when he showed up at 0230 hrs. She asked him to leave and said he was not allowed there.

Ms. Lamberty stated she went to bed shortly after telling Mr. Maldonado to leave. She stated that one of her sons friends left the residence at 0700 on 03/06/2022. She stated that right after he left Mr. Maldonado then entered the residence through an unlocked front door. Ms. Lamberty said she woke up at around 1000 hrs. on 03/06/2022 to find Mr. Maldonado in the 1st floor of the residence. She stated that she told him to leave and that she went upstairs to change and came back down he was gone. After Mr. Maldonado's departure from the residence Ms. Lamberty noted the following missing from her residence.

Crep Protect shoe cleaner approximately $40
1 full Box of Fiocchi 90 grain .380 Bullets $50
Prescription Marijuana $80

Cameras were noted on the doorbell of the residence. Ms. Lamberty has access to the cameras and she showed us the video footage of Mr. Maldonado entering the residence through the front door empty handed @0702 hrs. on 03/06/2022 (this was the time noted on the camera system). The video also shows Mr. Maldonado leaving the residence @ 1000 hrs. on 03/06/2022 with plastic bags in his hands.

Wanda Lamberty does want to go through with charges against Jose Maldonado III. Ms.

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 1507 Filutze A | 03/06/2022 | Szocki, Susan | 03/06/2022 |

2 OF 3

| ERIE POLICE DEPARTMENT | |
|---|---|
| FIELD CASE REPORT | CASE# 2022-00008605 |

| NARRATIVE (continuation) |
|---|

Lamberty will cooperate with police officers with giving a copy of the security camera footage which was shared through the evidence.com option.

Ms. Lamberty was given a PFA card and the incident number.

Jose Ramon Maldonado III will be charged with:
Burglary 3502A1ii
Criminal Trespass 3503A1i
Theft by Unlawful Taking 3921A

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 1507 Filutze A | 03/06/2022 | Szocki, Susan | 03/06/2022 |

3  OF 3

**Entered Wanted Person**

```
ERE251-01386310 VWM 20220307 09:27:30 20220307 09:27:30
0046517958
1N0100465179581EW
PA0250200
ENTER  NAM/MALDONADO, JOSE RAMON NIC/W606007013
OCA/202200008605

*** ENTERED WANTED PERSON ***
CID/W606007013
MKE/WANTED PERSON
EXL/3 - EXTRADITION - SURROUNDING STATES ONLY
ORI/PA0250200 NAM/MALDONADO, JOSE RAMON SEX/M RAC/W
DOB/19840425 HGT/500 WGT/170 EYE/BRO HAI/BRO
MNU/OA-PA30145241 SOC/186643259
OLN/26842081 OLS/PA OLY/2021
OFF/2299 SEE MIS
DOW/20220307 OCA/202200008605
WNO/DIS710997667 NOA/N
MIS/LEO/FILUTZE, JOSHUA A#BURGLARY - OVERNIGHT
ACCOMMODATIONS; PERSON PRESENT
DNA/N
NIC/W606007013 DTE/20220307
```

Case Number: 2022-00008605. ORI: PA0250200.

**EPD Case Supp, Officer: 25jgreen608, Supervisor: 25sszocki296, Merged By:  25tabbey11514**

## ERIE POLICE DEPARTMENT
### FIELD CASE SUPPLEMENT REPORT     CASE# 2022-00008605

**EVENT**

| SUPPLEMENTAL DATE/TIME | SUPPLEMENTAL LOCATION |
|---|---|
| 03/23/2022 13:34 | |

**OFFENSES**

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 608 Green | 03/23/2022 | Szocki, Susan | 03/23/2022 |

1  OF 2

### ERIE POLICE DEPARTMENT
FIELD CASE SUPPLEMENT REPORT      CASE# 2022-00008605

---

### SUPPLEMENTAL NARRATIVE

---

(Green#608) CLEARED Wanted Person Maldonado, Jose Ramon  DOB 1984-04-25 from the WANTED PERSON NCIC file on Wednesday, 3/23/22 at 1333hrs. NIC/W606007013.

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 608 Green | 03/23/2022 | Szocki, Susan | 03/23/2022 |

2  OF 2

**EPD Arrest, Officer: 25mattalla460, Supervisor: 25sszocki296, Merged By: 25tabbey11514**

## ERIE POLICE DEPARTMENT

CASE# **2022-00008605**

ARREST INFORMATION SHEET

| DETAILS | | |
|---|---|---|
| ARREST DATE/TIME 03/23/2022   13:44 | ARREST TYPE On View | ARRESTING OFFICER 460  Attalla, Michael |
| LOCATION OF ARREST   Shell Gas Station 605 Parade ST ERIE CITY, PA | | |

### ARRESTEE

| ARRESTEE | | | | | |
|---|---|---|---|---|---|
| JACKET TYPE Adult | NAME (LAST, FIRST, MIDDLE, SUFFIX) MALDONADO, JOSE RAMO III | | | | |
| DOB 04/25/1984   AGE 37 | ADDRESS (STREET, CITY, STATE, ZIP) 670 FRANKLIN AVE ERIE CITY, PA 16503 | | | | |
| RACE White | SEX Male | HEIGHT 5'8 | WEIGHT 180 | HAIR Black | EYE Brown |
| DL NUMBER/STATE 26842081 / PA | PRIMARY PHONE  Cellular Phone (814)881-3970 | PHONE #2 | | PHONE #3 | |

### CHARGES

| | | STATUTE / DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 01 | 3502.A,1,ii Burglary | 1 | Commit |
| | 02 | 3921.A Theft by Unlawful Taking or Disposition - Theft From A Building | 1 | Commit |
| | 03 | 3503.A,1,i Criminal trespass | 1 | Commit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### NARRATIVE

See case initial, supplemental reports.

*ADDITIONAL CHARGES and NARRATIVE MAY BE PRINTED ON FOLLOWING PAGES*
**For Law Enforcement Use Only.  Not For Public Dissemination.**

| REPORTING OFFICER 460 Attalla | DATE 03/23/2022 | REVIEWED BY Szocki, Susan | DATE 03/23/2022 |
|---|---|---|---|

1  OF 1

**EPD Case Supp, Officer: 25mattalla460, Supervisor: 25mbrady279, Merged By:  25tabbey11514**

## ERIE POLICE DEPARTMENT

### FIELD CASE SUPPLEMENT REPORT   CASE# 2022-00008605

| EVENT | SUPPLEMENTAL DATE/TIME 03/23/2022 13:30 | | SUPPLEMENTAL LOCATION |
|---|---|---|---|

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 3502.A,1,ii Burglary | 1 | Commit |
| 02 | 3503.A,1,i Criminal trespass | 1 | Commit |
| 03 | 3921.A Theft by Unlawful Taking or Disposition - Theft From A Building | 1 | Commit |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE Adult     Offender | NAME (LAST, FIRST, MIDDLE, SUFFIX) MALDONADO, JOSE, RAMO  III | | | | |
|---|---|---|---|---|---|
| DOB 04/25/1984     AGE or AGE RANGE 37 | ADDRESS (STREET, CITY, STATE, ZIP) 535 E 7TH ST ERIE CITY, PA  16503 | | | | |
| RACE White | SEX Male | HEIGHT or RANGE 5'8" - | WEIGHT or RANGE 180 | HAIR Black | EYE Brown |
| DL NUMBER/STATE 26842081 / PA | PRIMARY PHONE Cellular Phone (814)881-3970 | | PHONE #2 | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB          AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB          AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER 460 Attalla | DATE 03/23/2022 | REVIEWED BY Brady, Michael | DATE 03/23/2022 |
|---|---|---|---|

1  OF 2

## ERIE POLICE DEPARTMENT
FIELD CASE SUPPLEMENT REPORT   CASE# 2022-00008605

---

### SUPPLEMENTAL NARRATIVE

Ptlm. M. Attalla #460 / Ptlm. Youngberg (1A1)
Warrant Arrest
Jose Maldonado DOB 4/25/1984 - Arrested
605 Parade Street
3/23/2022 @ 1330 HRS


   On the above date and time, we (1A1) observed a Jose Maldonado DOB 4/25/1984 at 605 Parade Street (Shell Parking Lot). Maldonado did have an Active Arrest Warrant through the Erie Police Department. The warrant was confirmed, and officers made contact with Maldonado in the parking.

   Maldonado was taken into custody without incident with handcuffs that were secured behind his back. Maldonado was transported to the Erie Police Department without incident and booked under his current warrant. No additional charges, and a copy of this report has been given to EPD Scope Operator to remove Maldonado from NCIC Wanted Persons.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 460 Attalla | 03/23/2022 | Brady, Michael | 03/23/2022 |

2  OF 2

## NCIC- Cleared WP

```
ERE251-01391333 VWM 20220323 13:33:00 20220323 13:32:59
046606CE78
1N01046606CE783CW
PA0250200
CLEAR  NAM/MALDONADO, JOSE RAMON NIC/W606007013

*** CLEARED WANTED PERSON RECORD ***
DCL/20220323
```

Case Number: 2022-00008605. ORI: PA0250200.

**Booking Card- Maldonado**

# Booking Card
## MALDONADO, JOSE RAMO III

| | | |
|---|---|---|
| Print Date/Time: | 03/23/2022 16:35 | CITY OF ERIE POLICE DEPARTMENT |
| Login ID: | 25phaller281 | ORI Number:   PA0250200 |



*2022-00000589*



| | | |
|---|---|---|
| Booking #: | 2022-00000589 | Booking Date/Time:   03/23/2022 13:19 |
| Jacket #: | 274077 | Inmate #: |
| Address: | 535 E 7TH ST | |
| | ERIE CITY, PA 16503 | |

| | | | | | |
|---|---|---|---|---|---|
| Phone #: | (814)881-3970 | DOB:   04/25/1984 | Race:   White | | |
| SSN: | 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 | Age:   37 | Sex:   Male | | |
| Hair Color: | Black | Eyes:   Brown | Height:   5ft 8 in | Weight:   180.0 | |

| | | | | |
|---|---|---|---|---|
| Prisoner Type: | Warrant Arrest | Incarceration Reason: | | |
| Facility: | | Pod/Block: | Cell: | Bed: |

**Charge:**
| | | | | |
|---|---|---|---|---|
| State | 220 | 3502.A,1,ii | Burglary | # 22-08605 |
| Offense/Charge Date: | 03/23/2022 13:39 | | | |
| Case Tracking ORI: | | Case Tracking #: | | Severest:   Yes |

**Charge:**
| | | | | |
|---|---|---|---|---|
| State | 90J | 3503.A,1,i | Criminal trespass | |
| Offense/Charge Date: | 03/23/2022 13:39 | | | |
| Case Tracking ORI: | | Case Tracking #: | | Severest:   No |

**Charge:**
| | | | | |
|---|---|---|---|---|
| State | 23D | 3921.A | Theft by Unlawful Taking or Disposition - Theft From A Building | |
| Offense/Charge Date: | 03/23/2022 13:39 | | | |
| Case Tracking ORI: | | Case Tracking #: | | Severest:   No |

| | | |
|---|---|---|
| Release Date/Time: | 03/23/2022 16:32 | Released By:   8419 - Haller |
| Release Reason: | Released to Other Agency | Released to ORI: |
| Released To: | | Released To Additional Info:   Arraigned by DJ Wilson and taken to ECP on a $5,000 bond |

I will have opportunity to contact family or counsel.

Inmate Signature: _____

*Ry Yaingberg & M. Attalla*
*E. 10th St & Parade St.*
*10-15 at 1308*
*Filutze/ Maddwarr*

Booking Officer(s):   # _P. Haller_____   # _281_____

*22-8605*

*3502*

*A1*

*3921 A*

*3503 A1*

*NCIL Pos#608*


WANTED BY
*EPD*

# Booking Card

MALDONADO, JOSE RAMO III

Print Date/Time:   03/23/2022 13:27
Login ID:          25jafilutze1507

CITY OF ERIE POLICE DEPARTMENT
ORI Number:   PA0250200


*2022-00000589*

| | | | | |
|---|---|---|---|---|
| Booking #: | 2022-00000589 | Booking Date/Time: | 03/23/2022 13:19 | |
| Jacket #: | 274077 | Inmate #: | | |
| Address: | 535 E 7TH ST | | | |
| | ERIE CITY, PA 16503 | | | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Phone #: | (814)881-3970 | DOB: | 04/25/1984 | Race: | White | | |
| SSN: | 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 | Age: | 37 | Sex: | Male | | |
| Hair Color: | Black | Eyes: | Brown | Height: | 5ft 8 in | Weight: | 180.0 |

| | | | |
|---|---|---|---|
| Prisoner Type: | Warrant Arrest | Incarceration Reason: | |
| Facility: | Erie Police Jail | Pod/Block: Erie Police Holding   Cell: A-1 | Bed: Steel Bunk |

Release Date/Time:          Released By:
Release Reason:             Released to ORI:
Released To:                Released To Additional Info:

I will have opportunity to contact family or counsel.

Inmate Signature:   *Jose M III*

Booking Officer(s):   # *PTLM Filutza*          # *1507*

Reviewed By:   # *Lt Sam Spaoh 296*

Date/Time

Page: 1 of 1

WANTED BY

Case 1:23-cv-00068-SPB-RAL    Document 26-1    Filed 10/23/23    Page 26 of 26
Case Number: 2022-00008605. ORI: PA0250200.

Page: 26 of 26

# Inmate Property Inventory Report

Print Date/Time:    03/23/2022 13:27                              CITY OF ERIE POLICE DEPARTMENT
Login ID:           25jafilutze1507                                        ORI Number:    PA0250200

Inmate:    MALDONADO, JOSE RAMO, III                        Booking Number:        2022-00000589

## Possessions

| Possession | Condition | Quantity | Location | Container | Bag # |
|---|---|---|---|---|---|
| Cell Phone | Used | 1 | Lockers | A1 | |
| Description: | Cell Phone | | | | |
| Other | | 1 | Lockers | A1 | |
| Description: | Cards | | | | |
| Currency | Used | 1 | OIC Surety Box | Gun Locker | |
| Description: | Currency 213 Dollars | | | | |

## Issued Items

| Item | Condition | Size | Color | Quantity | Issued By |
|---|---|---|---|---|---|

This certifies that the above items are correct.

Officer: _PILA_____ # 1507_____        Date: _03/23/2022_

Inmate: _Jose Mh_____        Date: _3-23-22_

Page: 1 of 1