IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MALDONADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-68 |
| v. | ) |
| | ) |
| JOSHUA A. FILUTZE, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF JUDGMENT

NOW, this 20th day of December, 2023, pursuant to Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in the above-captioned case in favor of Defendant Joshua A. Filutze, and against Plaintiff Jose Maldonado, as to all claims in the Amended Complaint.

*Susan Paradise Baxter*

SUSAN PARADISE BAXTER
United States District Judge